1  PHILLIP A. TALBERT
   United States Attorney
2  PETER THOMPSON
   Acting Regional Chief Counsel
3  ANDREA BANKS (CSBN 275286)
   Special Assistant United States Attorney
4      Social Security Administration
       160 Spear Street, Suite 800
5      San Francisco, CA 94105
       Telephone: (510) 970-4083
6      Facsimile: (415) 744-0134
       Andrea.Banks@ssa.gov
7  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| REYES C. VALLADARES,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:21-cv-01156-BAK<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S BRIEF<br><br>(Doc. 16) |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a 10-day extension of time to respond to Plaintiff's brief (Doc. 14), extending the date on which Defendant's response is due from April 25, 2022, to Thursday, May 5, 2022.

The request is being made because Defendant's counsel is awaiting a response from her client regarding some of the issues that Plaintiff has raised in his brief. Defendant's counsel respectfully requests this additional time to allow for response time from her client.

Accordingly, the Commissioner respectfully requests an extension of 10 days, until May 5, 2022, to respond to Plaintiff's brief.

This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: April 22, 2022      */s/ Francesco P. Benavides*
FRANCESCO P. BENAVIDES
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney

DATE:  April 22, 2022     By    /*s/ Andrea Banks*
ANDREA BANKS
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Based upon the foregoing stipulation of the parties (Doc. 16), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Defendant shall have an extension of time, to and including May 5, 2022, in which to file her response to Plaintiff's Motion for Summary Judgment.  All other deadlines set forth in the Scheduling Order (Doc. 12) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **April 25, 2022**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE